AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America )
v. )
Melvin Hernandez )
AKA: Melvin Alberto Hernandez, Jorge A )
Hernandez-Garci, )
Jorge Hernandez Garcia, Juan Ramon Garcia )
)

*Defendant(s)*

Case No. **4:26-mj-356**

United States Courts
Southern District of Texas
FILED

*June 02, 2026*

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 10th, 2026 _____ in the county of _____ Harris _____ in the

____ Southern ____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Honduras, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Harris County, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremiah Jensen, ICE Deportation Officer
_____
*Printed name and title*

Sworn to me telephonically.

Date: _____ 06/02/2026 _____

_____
*Judge's signature*

City and state: _____ Houston, Texas _____

Hon. Dena Hanovice Palermo, U.S. Magistrate Judge
_____
*Printed name and title*

**4:26-mj-356**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeremiah Jensen, being duly sworn by telephone, hereby depose and say:

(1)    I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 01, 2025.

(2)    On May 10, 2026, ICE ERO was made aware of the unlawful presence of Melvin Hernandez, AKA: Melvin Alberto Hernandez, Jorge A Hernandez-Garci, Jorge Hernandez Garcia, Juan Ramon Garcia, Jorge Alberto Hernandez-Garcia, (hereinafter Defendant), in the United States as a result of information provided by the Harris County Sherrif's Office, in Harris County, TX. On June 1, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and 1326(b).

(3)    Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

(4)    Element One: The Defendant is a citizen and national of Honduras and not a native, citizen, or national of the United States.

(5)    Element Two: The Defendant has previously been deported or removed from the United States on the following occasion(s):

- a.  10/31/2022
- b.  07/20/2016
- c.  05/06/2010
- d.  12/06/2007
- e.  01/18/2006

(6)    Element Three: After deportation, the Defendant was subsequently found in the United States on or around May 10, 2026, in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement Support Center ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On June 01, 2026, LESC confirmed the most recent encounter is on or around the one listed above.

(7)    Element Four: The Defendant did not have permission to re-enter the United States. On June 01, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or

available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, to apply for admission to the United States following deportation from the United States.

(8)    The Defendant has the following prior criminal history and/or gang affiliation:

a.  On or around May 28, 2026, the Defendant was convicted in the 180th District Court Harris County, Texas, for the offense of ASSAULT-FAMILY MEMBER, under case 193671201010. For this offense, a misdemeanor, the Defendant was sentenced to 45 days in the Harris County Jail.

b.  On October 12, 2022, the Defendant was convicted 351st District Court Harris County, Texas, for the offense of ASSAULT-FAMILY MEMBER, under case 177217801010. For this offense, a misdemeanor, the Defendant was sentenced to 180 days in the Harris County Jail.

c.  On or about March 25, 2016, the Defendant was convicted in the United States District Court District of Colorado for the offense of ILLEGAL RE-ENTRY OF A PREVIOUSLY REMOVED ALIEN FOLLOWING A FELONY CONVICTION, under case 15-cr-00311-REB-01. For this offense, a felony, the Defendant was sentenced to 12 months and 1 day with the Bureau of Prisons.

d.  On August 7, 2008, the Defendant was convicted in the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada, for the offense of BURGLARY, under case CR-FE-2008-0004760. For this offense, a felony, the defendant was sentenced to 7 years: with the first 1 ½ years FIXED, and the remaining 5 ½ years INDETERMINATE with the State Board of Correction of the State of Idaho.

On June 2nd, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint. On or about that day, Assistant U.S. Attorney Amanda Alum (713)-409-7864 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and 1326(b).

Jeremiah Jensen
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Subscribed and sworn telephonically before me this 2nd day of June 2026, and I find probable cause.

Hon. Dena H. Palermo
United States Magistrate Judge
Southern District of Texas